**United States District Court**
Middle District of Florida
Fort Myers Division

FILED
2020 JUL 27 PM 12: 08
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

ANTHONY SKIPPER
*(In the space above enter the full legal name of the plaintiff)*

-against-

DEPUTY FORD, JAMES (OF THE CHARLOTTE COUNTY SHERIFFS OFFICE), CORIZON HEALTH INC.

Case No. 2:20-CV-538-FtM-38MRM
(To be filled out by Clerk's Office only)

**COMPLAINT**
(*Pro Se* Confined Litigant)

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page 1 of 10

Rev. 5-20

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

SKIPPER, ANTHONY
Name (Last, First, MI)                                    Aliases

61743
Identification #

CHARLOTTE COUNTY JAIL
Place of Detention

26601 AIRPORT ROAD
Institutional Address

PUNTA GORDA                    FL            33982
County, City                   State         Zip Code

## III. STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev 5 20

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  **FORD, JAMES**
Name (Last, First)

**DEPUTY**
Current Job Title

**26601 AIRPORT ROAD**
Current Work Address

**PUNTA GORDA**            **FL**         **33982**
County, City                       State           Zip Code


Defendant 2:  **CORIZON HEALTH INC.**
Name (Last, First)

**HEALTH SERVICE**
Current Job Title

**1103 US-98**
Current Work Address

**FROSTPROOF**            **FL**         **33843**
County, City                       State           Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3:
_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City              State              Zip Code

Defendant 4:
_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City              State              Zip Code

[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V. STATEMENT OF CLAIM

Place(s) of occurrence: L-POD/CHARLOTTE COUNTY JAIL

Date(s) of occurrence: 24 JUN 20 @ 22:25 HOURS

State which of your federal constitutional or federal statutory rights have been violated:

PREDJUDICE, MALICE, MALICOUS ACT, MEDICAL NEGLECT, GROSS NEGLIGENCE MALVERSATION, EQUAL PROTECTION/DIRECT INJURY, MALICIOUS INJURY, CIVIL RIGHTS ACT

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).*

FACTS:

[What happened to you?]

ON 24 JUN 20 @ 22:25 HOURS AT "COUNT TIME" I WAS LAYING ON MY BUNK IN "L-1 POD" READING CASE LAW WHEN I DO NOTICE A "SHADOW" STANDING "OVER" ME. WHEN I LOOK UP I SEE INMATE BRONSKY, NICHOLAS JCA# 60794. AT THAT TIME FOR NO REASON HE STRIKES ME WITH HIS FISTS, SPLITTING BOTH MY UPPER AND LOWER LIPS. I THEN "GRAB" HIM TO FEND OFF THE ATTACK, BUT THEN I WAS PULLED OFF MY BUNK AND "SLAMMED" ONTO THE FLOOR, TO WHERE I LANDED ON MY "HEAD + SHOULDER", RAISING A VERY LARGE "GOOSE EGG" UPON MY "FOREHEAD". WHEN THE "POD OFFICER" DEPUTY JAMES FORD CAME OVER, HE "TWICE" SPRAYS ME IN THE FACE WITH MACE. "I" WAS NOT THE ONE IN "ATTACK MODE" AND AFTER I WAS SPRAYED, NO ONE EVEN TRIED TO HELP ME. TO SAY THAT I WAS IN EXTREME PAIN WAS SHALLOW AT THAT TIME. STAFF JUST STOOD AROUND LOOKED AND LAUGHED AT

ME. SO I GRABBED MY TOWEL OFF MY BUNK TO CLEAN THE SPRAY AND BLOOD OFF MY FACE. MY FACE WAS ON FIRE FROM THE SPRAY AND MY LIPS WERE BLEEDING STILL. AND THEY "CUFF" UP THE OTHER INMATE FIRST AND TAKE HIM OUT AND THEN CUFF ME UP SECOND. I WAS "WALKED" RIGHT BY THE NURSE AND WAS NOT EVEN LOOKED AT FOR MY INJURIES. I PUT IN A "SICK CALL" REQUEST AND WAS TOLD THERE WAS NOTHING THAT COULD BE DONE CAUSE I WAS ALREADY ON THE STRONGEST MEDICATIONS. I WAS SERVED A "DR" FOR THIS WHEN I AM NOT THE ONE THAT DID ANYTHING WRONG. I WAS TOLD TO PUT IN AN APPEAL AND PUT IN A REQUEST TO SEE THE "JAIL DETECTIVE". WHICH I DID BOTH. "DETECTIVE MOORE" WAS THE ONE WHO CAME TO SEE ME. SHE TOOK MY STATEMENT. SHE THEN WENT TO "REVIEW" THE VIDEO FOOTAGE AND TALK TO MY WITNESSES. (AUSTIN WILCOX + ROBERT ALWINE). SHE LATER RETURNED AND INFORMED ME THE "SHE" CLEARLY SEES THIS AS A CASE OF BATTERY ON AN INMATE OR DETAINEE. SHE THEN GIVES ME A NUMBER TO THE INMATE VICTIMS FUND FOR COMPENSATION THAT'S ALL THAT WAS DONE. I DO NOT KNOW THAT CHARGES WERE PRESSED AGAINST THE INMATE WHO ATTACKED MY PERSON. SO.... I WAS GIVEN A "DR" FOR FIGHTING WHEN THAT WAS NOT THE CASE. I SPENT 30 DAYS IN DETENTION WHEN I WAS CLEARLY ATTACKED AND CANNOT GET MEDICALLY TREATED OR FIND OUT THE PUNISHMENT FOR THE MAN WHO CLEARLY

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

> **Who did what?**

Rev. 5/20

**Was anyone else involved?**

ATTACKED ME. SO ALL THOSE INVOLVED WERE

DEPUTY JAMES FORD (POD OFFICER)

DETECTIVE MOORE (INSPECTOR)

AUSTIN WILCOX (INMATE WITNESS)

ROBERT ALWINE (INMATE WITNESS)

NICHOLAS BOUSKY (INMATE ATTACKER)

CAPTAIN M. TURNEY (DISCIPLINARY ACTION)

MRS. M. REID (DISCIPLINARY ACTION)

RECEIVED 2020 JUL 27 PM 12:09 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS FLORIDA

## VI. ADMINISTRATIVE PROCEDURES

*WARNING:* **Prisoners** *must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

$10,000,000.00 IN CASH DAMAGES, PLUS ANY PUNITIVE DAMAGES THE COURTS WISH TO INVOKE, AND THIS DONE AT THIS FACILITY TO BE MORE FUNCTIONAL TO ALL PARTIES CONCERNED. AND EITHER A HEAVY SUSPENSION OR RESIGNATION OF DEPUTY JAMES FORD. Also a new policy where victims of such attacks are not further punish for being a victim!

Rev. 5/20

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### *ALL LITIGANTS MUST ANSWER:.*

Have you to date brought any other lawsuits in state or federal court while a confined?    ☒ Yes    ☐ No

    If yes, how many? ___1___

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

HAS NOT BEEN GIVEN A CASE NUMBER YET

### IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

19 JUL 2020
Dated

Plaintiff's Signature

SKIPPER, Anthony B
Printed Name (Last, First, MI)

61743
Identification #

CHARLOTTE COUNTY JAIL
26601 AIRPORT ROAD    PUNTA GORDA    FL    33982
Institutional Name       City              State  Zip Code