UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY SKIPPER,

      Plaintiff,

v.                             Case No.:  2:20-cv-538-FtM-38MRM

JAMES FORD and CORIZON
HEALTH INC.,

      Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on *sua sponte* review of the file.  The Court ordered Plaintiff to complete service forms and provide copies of his complaint to the Clerk on or before August 21, 2020.  (Doc. 8).  The Court warned Plaintiff that not complying with the Order or explaining his inability to timely comply would result in this case being dismissed without further notice.  To date, Plaintiff has neither complied with the Court's Order nor asked for more time to do so.  The Court thus dismisses this case without prejudice.  Because the dismissal is without prejudice, Plaintiff may file a new complaint—under a new case number—with the filing fee or motion to proceed *in forma pauperis.*

Accordingly, it is

**ORDERED**:

1. This case is **DISMISSED without prejudice**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on this 28th day of August 2020.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:   FTMP-1
Copies: All Parties of Record